# EXHIBIT E

Exhibit R-0364

Homburger AG
Hardstrasse 201
CH-8005 Zürich

**IMPORTANT NOTICE: NOT FOR DISTRIBUTION IN OR INTO THE UNITED ST
EXCEPT TO QUALIFIED INSTITUTIONAL BUYERS ("QIBs") UNDER RULE 144
DEFINED BELOW) THAT ARE QUALIFIED PURCHASERS ("QPs") WITHIN THE
MEANING OF SECTION 2(A)(51) OF THE INVESTMENT S COMPANY ACT (AS DEFINED
BELOW) OR OTHERWISE TO PERSONS TO WHOM IT CAN LAWFULLY BE
DISTRIBUTED**

**IMPORTANT:** You must read the following before continuing. The following applies to the attached
Listing Particulars (the "**Listing Particulars**"), and you are therefore advised to read this carefully before
reading, accessing or making any other use of the Listing Particulars. In accessing the Listing Particulars,
you agree to be bound by the following terms and conditions, including any modifications to them any
time you receive any information from us as a result of such access. If you have gained access to this
transmission contrary to any of the following restrictions, you are not authorised and will not be able to
purchase any of the securities described herein. You acknowledge that this electronic transmission and
the delivery of the attached Listing Particulars is intended for you only and you agree you will not forward
this electronic transmission or the attached Listing Particulars to any other person. Any forwarding,
distribution or reproduction of this document in whole or in part is unauthorised. Failure to comply with
the following directives may result in a violation of the U.S. Securities Act of 1933 (the "**Securities Act**")
or the applicable laws of other jurisdictions.

NOTHING IN THIS ELECTRONIC TRANSMISSION CONSTITUTES AN OFFER OF SECURITIES
FOR SALE IN ANY JURISDICTION WHERE IT IS UNLAWFUL TO DO SO. THE SECURITIES
REFERRED TO HEREIN HAVE NOT BEEN, AND WILL NOT BE, REGISTERED UNDER THE
SECURITIES ACT OR THE SECURITIES LAWS OF ANY STATE OF THE UNITED STATES OR
OTHER JURISDICTION AND THE SECURITIES MAY NOT BE OFFERED, SOLD, PLEDGED OR
OTHERWISE TRANSFERRED EXCEPT IN AN OFFSHORE TRANSACTION IN ACCORDANCE
WITH RULE 903 OR RULE 904 OF REGULATION S UNDER THE SECURITIES ACT
("**REGULATION S**") TO OR FOR THE ACCOUNT OR BENEFIT OF A PERSON NOT KNOWN
TO THE TRANSFEROR TO BE A U.S. PERSON (AS DEFINED IN REGULATION S), BY
PREARRANGEMENT OR OTHERWISE, OR WITHIN THE UNITED STATES ONLY TO QIBs AS
DEFINED IN RULE 144A UNDER THE SECURITIES ACT ("**RULE 144A**") THAT ARE QPs
WITHIN THE MEANING OF SECTION 2(A)(51) OF THE U.S. INVESTMENT COMPANY ACT OF
1940 (THE "**INVESTMENT COMPANY ACT**") IN RELIANCE ON THE EXEMPTION FROM THE
REGISTRATION REQUIREMENTS OF SECTION 5 OF THE SECURITIES ACT PROVIDED BY
RULE 144A, OR ANOTHER EXEMPTION THEREFROM, IN EACH CASE IN ACCORDANCE
WITH ANY APPLICABLE SECURITIES LAWS OF ANY STATE OF THE UNITED STATES.

Confirmation of your representation: In order to be eligible to view the Listing Particulars or make an
investment decision with respect to the securities referred to herein, investors must be (i) non-U.S.
persons (within the meaning of Regulation S) outside the United States who are not acting for the account
or benefit of U.S. persons or (ii) a QIB that is a QP that is acquiring the securities for its own account or
the account of another QIB that is a QP. These Listing Particulars are being sent to you at your request
and by accepting this e-mail and accessing the Listing Particulars, you shall be deemed to have
represented to IMH Capital D.A.C. (the "**Issuer**"), PJSC Koks (the "**Borrower**" or the "**Company**"),
Citigroup Global Markets Limited and Renaissance Securities (Cyprus) Limited (the "**Joint Global
Coordinators and Bookrunners**"), AO "ALFA-BANK" (acting jointly with ALFA CAPITAL
MARKETS LTD), Alfa Capital Markets Ltd (acting jointly with AO "ALFA-BANK"), GPB-Financial
Services Ltd, Sberbank CIB (UK) Limited and VTB Capital plc (together with the Joint Global
Coordinators and Bookrunners, the "**Joint Bookrunners**") and Sova Capital Limited (the "**Co-Manager**"
and, together with the Joint Bookrunners, the "**Managers**") that: (1) (A) you and any customers you
represent are not U.S. persons and/or are not acting for the account or benefit of any U.S. persons and the
electronic mail address that you gave us and to which this e-mail has been delivered is not located in the
U.S. or (B) you are a QIB that is a QP acquiring the securities referred to herein for your own account
and/or for another QIB that is a QP and (2) you consent to delivery of such Listing Particulars by
electronic transmission.

The Issuer, the Borrower and the Managers reserve the right to reject any offer to purchase the Notes, in
whole or in part, for any reason. These Listing Particulars do not constitute an offer to any person in the

United States or to any U.S. person other than any QIB who is also a QP and to whom an offer has been made directly by one of the Managers or its U.S. broker-dealer affiliate. Distribution of these Listing Particulars by any non-U.S. person outside the United States or by any QIB that is a QP within the United States to any U.S. person or to any other person within the United States, other than any QIB that is a QP and those persons, if any, retained to advise such non-U.S. person or QIB that is a QP with respect thereto, is unauthorised and any disclosure without the prior written consent of IMH Capital D.A.C. of any of its contents to any such U.S. person or other person within the United States, other than any QIB that is a QP and those persons, if any, retained to advise such non-U.S. person or QIB that is a QP, is prohibited.

The Listing Particulars may only be communicated or caused to be communicated to persons in the United Kingdom in circumstances where section 21(1) of the FSMA does not apply and may be distributed in the United Kingdom only to persons who (i) have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) (the "**Order**"), or (ii) are persons falling within Article 49(2)(a) to (d) ("high net worth companies, unincorporated associations etc.") of the Order (all such persons together being referred to as "**Relevant Persons**"). In the United Kingdom, the Listing Particulars is directed only at Relevant Persons and must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the Listing Particulars relates is available only to Relevant Persons and will be engaged in only with Relevant Persons.

Solely for the purposes of each manufacturer's product approval process, the target market assessment in respect of the Notes has led to the conclusion that: (i) the target market for the Notes is eligible counterparties and professional clients only, each as defined in Directive 2014/65/EU (as amended, "**MiFID II**"); and (ii) all channels for distribution of the Notes to eligible counterparties and professional clients are appropriate. Any person subsequently offering, selling or recommending the Notes (a "distributor") should take into consideration the manufacturers' target market assessment; however, a distributor subject to MiFID II is responsible for undertaking its own target market assessment in respect of the Notes (by either adopting or refining the manufacturers' target market assessment) and determining appropriate distribution channels.

The Notes are not intended to be offered, sold or otherwise made available to and should not be offered, sold or otherwise made available to any retail investor in the European Economic Area ("**EEA**") or in the United Kingdom. For these purposes, a retail investor means a person who is one (or more) of: (i) a retail client as defined in point (11) of Article 4(1) of MiFID II; or (ii) a customer within the meaning of Directive (EU) 2016/97, where that customer would not qualify as a professional client as defined in point (10) of Article 4(1) of MiFID II. Consequently, no key information document required by Regulation (EU) No 1286/2014 (the "**PRIIPs Regulation**") for offering or selling the Notes or otherwise making them available to retail investors in the EEA or in the United Kingdom has been prepared and therefore offering or selling the Notes or otherwise making them available to any retail investor in the EEA or in the United Kingdom may be unlawful under the PRIIPs Regulation.

These Listing Particulars or information contained therein is not an offer, or an invitation to make offers, sell, purchase, exchange or transfer any securities in the Russian Federation to or for the benefit of any Russian person or entity, and does not constitute an advertisement of offering of any securities in the Russian Federation within the meaning of Russian securities laws. Information contained in these Listing Particulars is not intended for any persons in the Russian Federation who are not "qualified investors" within the meaning of Article 51.2 of the Federal Law no. 39-FZ "on the securities market" dated 22 April 1996, as amended ("**Russian QIs**") and must not be distributed or circulated into Russia or made available in Russia to any persons who are not Russian QIs, unless and to the extent they are otherwise permitted to access such information under Russian law.

These Listing Particulars is being sent to you in an electronic form. You are reminded that documents transmitted via this medium may be altered or changed during the process of electronic transmission and, consequently, none of the Issuer, the Borrower, the Guarantors described herein, the Managers, the Trustee nor any of their respective affiliates accepts any liability or responsibility whatsoever in respect of any difference between these Listing Particulars distributed to you in electronic format and the hard copy version available to you on request.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

You are responsible for protecting against viruses and other destructive items. Your use of this e-mail is at your own risk and it is your responsibility to take precautions to ensure that it is free from viruses and other items of a destructive nature.



**U.S.\$350,000,000 5.90 per cent. Loan Participation Notes due 2025
issued by, but with limited recourse to,
IMH Capital D.A.C.
in respect of a loan to**

# PJSC KOKS

**such loan unconditionally and irrevocably guaranteed by JSC Kombinat KMAruda, LLC Tikhova Mine,
LLC "Uchastok "Koksovyi" and PJSC Tulachermet**

IMH Capital D.A.C., a designated activity company incorporated under the laws of Ireland (the "**Issuer**"), is issuing an aggregate principal amount of U.S.\$350,000,000 5.90 per cent. Loan Participation Notes due 2025 (the "**Notes**") in respect of a loan (the "**Loan**") to PJSC Koks, a public joint stock company organised under the laws of Russia (the "**Company**" or the "**Borrower**", and together with its subsidiaries taken as a whole, the "**Group**"), pursuant to a loan agreement dated 21 September 2020 (the "**Loan Agreement**") between the Issuer and the Borrower.

The Loan will be initially unconditionally and irrevocably guaranteed (the "**Initial Guarantee**") by JSC Kombinat KMAruda, LLC Tikhova Mine, LLC "Uchastok "Koksovyi" and PJSC Tulachermet (the "**Initial Guarantors**") pursuant to a deed of guarantee between the Issuer and the Initial Guarantors dated 21 September 2020 (the "**Deed of Guarantee**"). In addition, in certain circumstances set out in the Loan Agreement, the Borrower may be obliged to procure certain of its subsidiaries (the "**Further Guarantors**" and together with the Initial Guarantors, the "**Guarantors**") to give further guarantees of the Loan Agreement (the "**Further Guarantees**" and together with the Initial Guarantee, the "**Guarantees**"). See—"*Loan Agreement*"—Clauses 9.9 and 9.11 Failure of any such Guarantors to provide such guarantees shall entitle the holders of the Notes (the "**Noteholders**") to request that the Issuer redeem the Notes, as set out in the terms and conditions of the Notes (the "**Conditions**").

Pursuant to the trust deed (the "**Trust Deed**") relating to the Notes between the Issuer and Citibank, N.A., London Branch as trustee (the "**Trustee**") for the Noteholders (as defined in the Conditions), the Issuer will provide certain security for all payment obligations in respect of the Notes for the benefit of the Noteholders (as defined in the Loan Agreement), including a first fixed charge in favour of the Trustee of all amounts paid and payable to it under the Loan Agreement and the Guarantees and an assignment to the Trustee of the Issuer's rights and interests under the Loan Agreement and the Guarantees, other than in respect of certain reserved rights (as more fully described in "*Description of the Transaction and the Security*"). Interest on the Loan will accrue from the Issue Date and be payable at a rate of 5.90 per cent. per annum semi-annually in arrear in equal instalments on the interest payment date falling on 23 March and 23 September in each year, commencing on 23 March 2021, and, provided that the Issuer receives such payment in full, the Notes will bear interest from, and including, the Issue Date on such dates at the same rate, all as more fully described in the Conditions.

The Notes are limited recourse obligations of the Issuer. In each case where amounts of principal, interest, premium (if any) and additional amounts (if any) are stated to be payable in respect of the Notes, the obligation of the Issuer to make any such payment shall constitute an obligation only to account to the Noteholders, on each date upon which such amounts of principal, interest, premium (if any) and additional amounts (if any) are due, for an amount equivalent to the principal, interest, premium (if any) and additional amounts (if any) actually received and retained (net of tax) by or for the account of the Issuer from the Borrower and/or any Guarantor pursuant to the Loan Agreement or the Guarantees (excluding, however, any amounts paid in respect of the Reserved Rights (as defined in the Trust Deed)). The Issuer will have no other financial obligation under the Notes. **Noteholders will be deemed to have accepted and agreed that they will be relying solely and exclusively on the credit and financial standing of the Borrower and the Guarantors in respect of the obligations under the Loan Agreement and the Guarantees, respectively.**

Except as set forth herein, payments in respect of the Notes will be made without any deduction or withholding for, or on account of, the taxes of Ireland or Russia.

The Loan, and correspondingly the Notes, may be redeemed early at the option of the Company in certain circumstances, and the Notes, and accordingly the Loan, will be repurchased and redeemed early at the option of the Noteholders and in certain other circumstances (including upon a change of control of the Company), all as more fully described in the Loan Agreement and the Conditions.

**AN INVESTMENT IN THE NOTES INVOLVES A HIGH DEGREE OF RISK. SEE "RISK FACTORS" BEGINNING ON PAGE 12.**

The Notes, the Loan and the Guarantees have not been, and will not be, registered under the U.S. Securities Act of 1933 (the "**Securities Act**"), and, subject to certain exceptions, may not be offered or sold within the United States or to, or for the account or benefit of, U.S. persons (as defined in Regulation S under the Securities Act ("**Regulation S**")). The Notes may be offered and sold (i) within the United States only to qualified institutional buyers ("**QIBs**"), as defined in Rule 144A under the Securities Act ("**Rule 144A**"), that are also qualified purchasers ("**QPs**"), as defined in Section 2(a)(51) of the U.S. Investment Company Act of 1940 (the "**Investment Company Act**"), in reliance on the exemption from registration under Section 5 of the Securities Act provided by Rule 144A or on another exemption therefrom, (the "**Rule 144A Notes**") and (ii) to non-U.S. persons in offshore transactions as defined in and in reliance on Regulation S (the "**Regulation S Notes**"). The Issuer has not been and will not be registered under the Investment Company Act. Prospective purchasers are hereby notified that sellers of the Rule 144A Notes may be relying on the exemption from the provisions of Section 5 of the Securities Act provided by Rule 144A. For a description of these and certain further restrictions on offers, sales and transfers of the Notes and this distribution of these Listing Particulars (the "**Listing Particulars**"), see "*Subscription and Sale" and "Transfer Restrictions*".

Application has been made to the Irish Stock Exchange plc trading as Euronext Dublin (the "**Irish Stock Exchange**") for the approval of these Listing Particulars. Application has been made to the Irish Stock Exchange for the Notes to be admitted to the Official List and trading on the Global Exchange Market which is the exchange regulated market of the Irish Stock Exchange. The Global Exchange Market is not a regulated market for the purposes of Directive 2014/65/EU of the European Parliament and of the Council on markets in financial instruments, as amended ("**MiFID II**").

Fitch Ratings Limited ("**Fitch**") assigned an expected 'B' rating to the Notes. Moody's Investors Service Limited ("**Moody's**") assigned an expected 'B2' rating to the Notes. Accordingly, there can be no assurance that the Group will be able to improve its credit ratings or that the Notes, if issued, will be assigned the final ratings as high as the provisional ones. The credit ratings included or referred to in these Listing Particulars have been issued by Moody's and Fitch. Moody's and Fitch are established in the United Kingdom and are registered under Regulation (EC) No. 1060/2009, as amended (the "**CRA Regulation**") and as such are included in the list of credit rating agencies published by the European Securities and Markets Authority ("**ESMA**") on its website in accordance with the CRA Regulation. A rating is not a recommendation to buy, sell or hold securities and may be subject to revision, suspension or withdrawal at any time by the assigning rating agency.

The Notes will be offered and sold in the minimum denomination of U.S.\$200,000 and integral multiples of U.S.\$1,000 thereafter. The Regulation S Notes will initially be represented by interests in a global note certificate in registered form (the "**Regulation S Global Note Certificate**"), without interest coupons, which will be deposited with, and registered in the name of a nominee for, a common depositary for Euroclear Bank SA/NV ("**Euroclear**") and Clearstream Banking, S.A. ("**Clearstream, Luxembourg**") on or about 23 September 2020 (the "**Issue Date**"). The Rule 144A Notes will initially be represented by interests in a global note certificate in registered form (the "**Rule 144A Global Note Certificate**", and together with the Regulation S Global Note Certificate, the "**Global Note Certificates**"), which will be registered in the name of Cede & Co., as nominee of, and deposited with a custodian for, The Depository Trust Company ("**DTC**") on or about the Issue Date. Beneficial interests in the Global Note Certificates will be shown on, and transfers thereof will be effected only through records maintained

Homburger AG
Hardstrasse 201
CH-8005 Zürich

by DTC, Euroclear or Clearstream, Luxembourg (as the case may be) and their respective participants. See "*Clearing and Settlement*". □ note certificates in registered form will only be available in certain limited circumstances as described herein.

The Issuer will use the proceeds received from the issue and sale of the Notes for the sole purpose of making the Loan. The Compa□ to use the proceeds of the Loan in the amount of approximately U.S.\$350 million to (i) refinance existing indebtedness of the Group, including, but not limited to (A) purchase of any or all of U.S.\$500,000,000 7.50 per cent. Loan Participation Notes due 2022 (the "**2022 Notes**") issued by, but with limited recourse to, KOKS Finance D.A.C. (the "**2022 Notes Issuer**") for the sole purpose of financing a loan to the Company (the "**2022 Loan**") tendered and accepted for purchase in accordance with the terms and conditions of the Tender Offer (as described herein), (B) the early redemption of the 2022 Notes remaining (if any) on completion of the Tender Offer and the early repayment of the corresponding amounts under the 2022 Loan upon the approval of the Mandatory Early Redemption (as defined herein), as well as (C) the payment of any early consent fees in connection therewith, all pursuant to the Tender Offer and Consent Solicitation (as defined herein) launched by the 2022 Issuer on 8 September 2020; and/or (ii) otherwise, for general corporate purposes.

### *Joint Global Coordinators and Bookrunners*

**Citigroup**                                  **Renaissance Capital**

### *Joint Bookrunners*

**ALFA-BANK**       **GPB-Financial Services Ltd (Gazprombank)**       **Sberbank CIB**       **VTB Capital**

### *Co-Manager*

**SOVA Capital**

**Listing Particulars dated 21 September 2020**

Homburger AG
Hardstrasse 201
CH-8005 Zürich

## IMPORTANT INFORMATION ABOUT THESE LISTING PARTICULARS

Each of the Issuer, the Company and the Guarantors accept responsibility for the information contained in these Listing Particulars. To the best of the knowledge and belief of each of the Issuer, the Company, the Guarantors (each of whom has taken all reasonable care to ensure that such is the case), the information contained in these Listing Particulars is in accordance with the facts and does not omit anything likely to affect the import of such information. In addition, the Company, having made all reasonable enquiries, confirms that (i) these Listing Particulars contain all information with respect to the Company, the Loan, the Guarantors and the Notes that is material in the context of the issue and offering of the Notes (the "**Offering**"); (ii) the statements contained in these Listing Particulars relating to the Company, the Loan, the Guarantors and the Notes are in every material particular true and accurate and not misleading; (iii) the opinions, expectations and intentions expressed in these Listing Particulars with regard to the Company, the Loan, the Guarantors and the Notes are honestly held, have been reached after considering all relevant circumstances and are based on reasonable assumptions; (iv) there are no other facts in relation to the Company, the Loan, the Guarantors or the Notes the omission of which would, in the context of the issue and offering of the Notes, make any statement in these Listing Particulars misleading in any material respect; and (v) all reasonable enquiries have been made by the Company to ascertain such facts and to verify the accuracy of all such information and statements. Accordingly, save as set out in the immediately preceding sentence and below, the Company accepts responsibility for the information contained in these Listing Particulars. These Listing Particulars do not constitute an offer of, or an invitation by or on behalf of the Issuer, the Company, the Guarantors, the Managers (as defined in "*Subscription and Sale*") or the Trustee to subscribe for or purchase any Notes. The distribution of these Listing Particulars and the offering of the Notes in certain jurisdictions may be restricted by law. Persons into whose possession these Listing Particulars come are required by the Issuer, the Company, the Guarantors, the Managers and the Trustee to inform themselves about and to observe any such restrictions. For a description of certain further restrictions on offers and sales of Notes and distribution of these Listing Particulars, see "*Subscription and Sale*" and "*Transfer Restrictions*".

No person is authorised to provide any information or to make any representation not contained in these Listing Particulars and any information or representation not so contained must not be relied upon as having been authorised by or on behalf of the Issuer, the Company, the Guarantors, the Managers or the Trustee. The delivery of these Listing Particulars at any time does not imply that the information contained in them is correct as of any time subsequent to its date. Neither the delivery of these Listing Particulars nor the offering, sale or delivery of any Note shall in any circumstances create any implication that there has been no change in the affairs of the Issuer, the Company, the Guarantors or the Group since the date hereof or the date upon which these Listing Particulars have been most recently amended or supplemented or that there has been no adverse change, or any event reasonably likely to involve any adverse change, in the condition (financial or otherwise) of the Issuer, the Company, the Guarantors or the Group since the date of these Listing Particulars.

None of the Issuer, the Company, the Guarantors, the Managers, the Trustee or any of its or their respective representatives or affiliates makes any representation to any offeree or purchaser of the Notes offered hereby regarding the legality of an investment by such offeree or purchaser under applicable legal, investment or similar laws. Each investor should consult with its own advisers as to the legal, tax, business, financial and related aspects of the purchase of the Notes.

To the fullest extent permitted by law, none of the Managers or the Trustee accepts any responsibility whatsoever for the contents of these Listing Particulars or for any other statement, made or purported to be made by a Manager or the Trustee or on its behalf in connection with the Issuer, the Company, the Guarantors, the Group or the issue and offering of the Notes. Each Manager and the Trustee accordingly disclaims all and any liability whether arising in tort or contract or otherwise (save as referred to above) which it might otherwise have in respect of these Listing Particulars or any such statement.

Prospective purchasers must comply with all laws that apply to them in any place in which they buy, offer or sell any Notes or possess these Listing Particulars. Any consents or approvals that are needed in order to purchase any Notes must be obtained. The Issuer, the Company, the Guarantors, the Managers and the Trustee are not responsible for compliance with these legal requirements. The appropriate characterisation of the Notes under various legal investment restrictions, and thus the ability of investors subject to these restrictions to purchase the Notes, is subject to significant interpretative uncertainties. No representation or warranty is made as to whether, or the extent to which, the Notes constitute a legal

i

Homburger AG
Hardstrasse 201
CH-8005 Zürich

investment for investors whose investment authority is subject to legal restrictions, and investors consult their legal advisers regarding such matters.

**In connection with the issue of the Notes, Citigroup Global Markets Limited (the "Stabilising Manager") (or any person acting on behalf of the Stabilising Manager) may over-allot Notes or effect transactions with a view to supporting the market price of the Notes at a level higher than that which might otherwise prevail. However, there is no assurance that the Stabilising Managers (or any person acting on behalf of the Stabilising Manager) will undertake stabilisation action. Any stabilisation action may begin on or after the date on which adequate public disclosure of the terms of the offer of the Notes is made and, if commenced, may be discontinued at any time and must be brought to an end no later than the earlier of 30 days after the issue date of the Notes and 60 days after the date of the allotment of the Notes. Any stabilisation action or over-allotment must be conducted by the Stabilising Manager (or any person acting on behalf of the Stabilising Manager) in accordance with all applicable laws and rules.**

The contents of the any website referred to in these Listing Particulars do not form any part of these Listing Particulars.

No representation or warranty, express or implied, is made by the Managers, the Trustee or any of its or their affiliates or any person acting on their behalf as to the accuracy or completeness of the information set forth in these Listing Particulars. Nothing contained in these Listing Particulars is, or shall be relied upon as, a promise or representation, whether as to the past or the future.

Each person receiving these Listing Particulars acknowledges that such person has not relied on the Managers, the Trustee or any of its or their affiliates or any person acting on their behalf in connection with its investigation of the accuracy or completeness of such information or its investment decision. Each person contemplating making an investment in the Notes from time to time must make its own investigation and analysis of the creditworthiness of the Issuer, the Company, the Guarantors and the Group and its own determination of the suitability of any such investment, with particular reference to its own investment objectives and experience, and any other factors which may be relevant to it in connection with such investment.

Any investment in the Notes does not have the status of a bank deposit and is not within the scope of the deposit protection scheme operated by the Central Bank of Ireland (the "**Central Bank**"). The Issuer is not and will not be regulated by the Central Bank as a result of issuing the Notes.

Solely for the purposes of each manufacturer's product approval process, the target market assessment in respect of the Notes has led to the conclusion that: (i) the target market for the Notes is eligible counterparties and professional clients only, each as defined in Directive 2014/65/EU (as amended, "**MiFID II**"); and (ii) all channels for distribution of the Notes to eligible counterparties and professional clients are appropriate. Any person subsequently offering, selling or recommending the Notes (a "distributor") should take into consideration the manufacturers' target market assessment; however, a distributor subject to MiFID II is responsible for undertaking its own target market assessment in respect of the Notes (by either adopting or refining the manufacturers' target market assessment) and determining appropriate distribution channels.

The Notes are not intended to be offered, sold or otherwise made available to and should not be offered, sold or otherwise made available to any retail investor in the European Economic Area ("**EEA**") or in the United Kingdom. For these purposes, a retail investor means a person who is one (or more) of: (i) a retail client as defined in point (11) of Article 4(1) of MiFID II; or (ii) a customer within the meaning of Directive (EU) 2016/97, where that customer would not qualify as a professional client as defined in point (10) of Article 4(1) of MiFID II. Consequently, no key information document required by Regulation (EU) No 1286/2014 (the "**PRIIPs Regulation**") for offering or selling the Notes or otherwise making them available to retail investors in the EEA or in the United Kingdom has been prepared and therefore offering or selling the Notes or otherwise making them available to any retail investor in the EEA or in the United Kingdom may be unlawful under the PRIIPs Regulation.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

## NOTICE TO PROSPECTIVE UNITED STATES INVESTORS

**The Notes have not been approved or disapproved by the U.S. Securities and Exchange Commission (the "SEC"), any state securities commission in the United States or any other U.S. regulatory authority, nor have any of the foregoing authorities passed upon or endorsed the merits of the offering of Notes or the accuracy or the adequacy of these Listing Particulars. Any representation to the contrary is a criminal offence in the United States.**

This offering is being made in the United States in reliance upon an exemption from registration under the Securities Act for an offer and sale of the Notes which does not involve a public offering. In making your purchase, you will be deemed to have made certain acknowledgments, representations and agreements. See "*Subscription and Sale*" and "*Transfer Restrictions*".

These Listing Particulars are being provided (1) to a limited number of investors in the United States that the Issuer reasonably believes to be "qualified institutional buyers" as defined in Rule 144A that are "qualified purchasers" within the meaning of Section 2(a)(51) of the Investment Company Act for informational use solely in connection with their consideration of the purchase of the Notes and (2) to investors outside the United States who are not U.S. persons in connection with offshore transactions complying with Rule 903 or Rule 904 of Regulation S.

## AVAILABLE INFORMATION

The Issuer and the Company have agreed that, for so long as any Notes are "restricted securities" within the meaning of Rule 144(a)(3) under the Securities Act, they will, during any period in which they are neither subject to Section 13 or 15(d) of the U.S. Securities Exchange Act of 1934, as amended (the "Exchange Act") nor exempt from reporting pursuant to Rule 12g3-2(b) thereunder, provide to any holder or beneficial owner of such restricted securities or to any prospective purchaser of such restricted securities designated by such holder or beneficial owner or to the Trustee for delivery to such holder, beneficial owner or prospective purchaser, in each case upon the request of such holder, beneficial owner, prospective purchaser or the Trustee, the information required to be provided by Rule 144A(d)(4) under the Securities Act.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

Certain statements in these Listing Particulars are not historical facts and are "forward-looking" within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act. These Listing Particulars contain certain forward-looking statements in various locations, including, without limitation, under the headings "*Overview*", "*Risk Factors*", "*Operating and Financial Review*" and "*Business*." The Borrower may from time to time make written or oral forward-looking statements in reports to its shareholders and in other communications. Examples of such forward-looking statements include, but are not limited to:

- statements of plans, objectives or goals, including those related to products or services;

- statements of future economic performance; and

- statements of assumptions underlying such statements.

Forward-looking statements that may be made by the Borrower from time to time (but that are not included in these Listing Particulars) may also include projections or expectations of revenues, income (or loss), earnings (or loss) per share, dividends, capital structure or other financial items or ratios.

Words such as "*believes*", "*anticipates*", "*expects*", "*estimates*", "*intends*" and "*plans*" and similar expressions are intended to identify forward-looking statements but are not the exclusive means of identifying such statements.

By their very nature, forward-looking statements involve inherent risks and uncertainties, both general and specific, and risks exist that the predictions, forecasts, projections and other forward-looking statements will not be achieved. Investors should be aware that a number of important factors could cause actual results to differ materially from the plans, objectives, expectations, estimates and intentions expressed in such forward-looking statements. These factors include:

- Impact on the global economy caused by the outbreak of the novel coronavirus ("**COVID-19**");

- changes in political, social, legal or economic conditions in Russia, including significant declines in Russia's gross domestic product;

- changes in the policies of the government of Russia, including the President and his administration, the Russian prime minister, government ministers and their offices and the Russian Prosecutor General and his office;

- increased interest rates and operating costs, including the supply of, and the price for, building materials in Russia;

- the Group's ability to service its existing indebtedness;

- the volume and grade of the Group's reserves and its rate of production;

- the Group's ability to fund its future operations and capital needs through borrowing or otherwise;

- the Group's ability to implement successfully any of its business strategies;

- decreased sales prices of minerals including iron ore;

- the Group's ability to obtain necessary regulatory approvals;

- changes in customer preferences;

- the Group's ability to successfully complete developments;

- changes in the regulation of mining, processing minerals and the environment;

- competition in the marketplace;

iv

Homburger AG
Hardstrasse 201
CH-8005 Zürich

- changes in real property or other tax rates;

- changes in accounting standards or practices;

- inflation, fluctuation in exchange rates and the availability of foreign currencies;

- the impact of general business and global economic conditions; and

- the Group's success in identifying other risks relating to its business and managing the risks of the aforementioned factors.

This list of important factors is not exhaustive. When relying on forward-looking statements, investors should carefully consider the foregoing factors and other uncertainties and events, especially in light of the political, economic, social and legal environment in which the Borrower or the Group operates. Such forward-looking statements speak only as of the date on which they are made. Accordingly, neither the Borrower, the Guarantors, nor the Group undertake any obligation to update or revise any of them, whether as a result of new information or future events. Neither the Borrower, the Guarantors, nor the Group make any representation, warranty or prediction that the results or events anticipated by such forward-looking statements will be achieved or occur, and such forward-looking statements represent, in each case, only one of many possible scenarios and should not be viewed as the most likely or standard scenario.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

## ENFORCEABILITY OF JUDGMENTS IN THE RUSSIAN FEDERATION

The Borrower and the Guarantors are joint stock companies or limited liability companies, as applicable, incorporated under the laws of Russia, and most of their directors and executive officers reside in Russia. In addition, most of their assets and the assets of their respective directors and executive officers are located outside of the United States and the United Kingdom. As a result, it may not be possible for investors to:

- effect service of process within the United States and the United Kingdom upon the Borrower and the Initial Guarantors, or any of their respective directors or executive officers named in these Listing Particulars; or

- enforce in the U.S. or English courts judgments obtained outside the U.S. or English courts against the Borrower and the Initial Guarantors, or any of their respective directors and executive officers named in these Listing Particulars in any action, including actions under the civil liability provisions of the U.S. securities laws or any state or territory of the United States.

In addition, it may be difficult for investors to enforce, in original actions brought in courts in jurisdictions located outside the United States or the United Kingdom, liabilities predicated upon the U.S. securities laws or English laws. Judgments rendered by a court in any jurisdiction outside Russia will be recognised by courts in Russia only if an international treaty providing for the recognition and enforcement of judgments in civil cases exists between Russia and the country where the judgment is rendered and/or a federal law is adopted in Russia that provides for the recognition and enforcement of foreign court judgments. No such treaty exists between the United States and Russia or the United Kingdom and Russia for the reciprocal enforcement of foreign court judgments and no relevant federal law on enforcement of foreign court judgments has been adopted in Russia. However, in some instances Russian courts have recognised and enforced foreign court judgments (including an English court judgement), on the basis of the principle of reciprocity and (in case of an English court judgement) the existence of a number of bilateral and multilateral treaties to which both the United Kingdom and Russia are parties. The courts determined that such treaties constituted grounds for the recognition and enforcement of the relevant English court judgment in Russia. In the absence of established court practice, however, it is difficult to predict whether a Russian court will be inclined in any particular instance to recognise and enforce an English court judgment on these grounds.

The Loan Agreement and the Guarantees and any non-contractual obligations arising out of or in connection with them will be governed by English law and provide for disputes, controversies and causes of action brought by the Issuer against the Borrower or any Guarantor to be settled by arbitration in accordance with the Rules of the LCIA (formerly the London Court of International Arbitration). The Russian Federation and Ireland are parties to the United Nations (New York) Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "**New York Convention**"). Consequently, a final conclusive decision obtained by arbitration under the Rules of the LCIA will be enforceable in Ireland subject to exequatur proceedings as provided in the New York Convention, and Russian courts should generally recognise and enforce in Russia an arbitral award from an arbitral tribunal in the United Kingdom on the basis of the New York Convention, subject to qualifications provided for in the New York Convention and compliance with Russian laws. However, any arbitral award pursuant to arbitration proceedings in accordance with the Rules of the LCIA and the application of English law to the Loan Agreements and the Deed of Guarantee may be limited, in particular, by mandatory provisions of Russian laws relating to the exclusive jurisdiction of Russian courts and the application of Russian laws with respect to bankruptcy, winding up or liquidation of Russian companies (See also "*Certain Regulatory Matters — Bankruptcy moratorium law in the Russian Federation*"). The Arbitrazh Procedure Code of Russia also contains an exhaustive list of grounds for the refusal of recognition and enforcement of foreign arbitral awards by Russian courts which grounds are substantially similar to those provided by the New York Convention. The Arbitrazh Procedure Code and other Russian procedural laws could change, and other grounds for Russian courts to refuse recognition and enforcement of foreign arbitral awards could arise. See "*Risk Factors - The limited independence and experience of the judiciary, the difficulty of enforcing court decisions and the government's significant discretion in initiating, joining and enforcing claims could prevent the Group or investors in the Notes from obtaining effective redress from a court or tribunal*".

Homburger AG
Hardstrasse 201
CH-8005 Zürich

## PRESENTATION OF FINANCIAL AND OTHER INFORMATION

*Financial Information.*

The Group's financial information as of 30 June 2020 and for the six months ended 30 June 2020 and 2019 has, unless otherwise indicated, been extracted or derived, without material adjustment, from the Group's unaudited interim condensed consolidated financial information as at and for the six months ended 30 June 2020 (the "**Interim Financial Statements**") prepared in accordance with International Accounting Standard 34 *Interim Financial Reporting* ("IAS 34") or from management's internal financial and operating records. The Group's financial information as of and for the years ended 31 December 2019 and 2018 has, unless otherwise indicated, been extracted or derived, without material adjustment, from the Group's audited consolidated financial statements as of and for the year ended 31 December 2019 (the "**2019 Financial Statements**"), or from management's internal financial and operating records. The financial data as of and for the year ended 31 December 2017 presented in these Listing Particulars was derived from the Group's audited consolidated financial statements as of and for the year ended 31 December 2018 (the "**2018 Financial Statements**", and together with 2019 Financial Statements, the "**Annual Financial Statements**"), prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("**IFRS**"), or from management's internal financial and operating records. The Interim Financial Statements and the Annual Financial Statements have been included in these Listing Particulars beginning on page F-2.

*Auditors.* The Annual Financial Statements included in these Listing Particulars have been audited by AO PricewaterhouseCoopers Audit, independent accountants, as stated in their reports appearing herein (the "**Independent Auditor's Reports**"). With respect to the Interim Financial Statements, included in these Listing Particulars, AO PricewaterhouseCoopers Audit applied limited procedures in accordance with professional standards for review of such information, as it indicated in their report (the "**Review Report**"), included in these Listing Particulars at page F-4. As stated in the Review Report, AO PricewaterhouseCoopers Audit have not audited or expressed an opinion on the Interim Financial Statements. Accordingly, the degree of reliance on the Review Report should be restricted in light of the limited nature of the procedures performed. AO PricewaterhouseCoopers Audit is a member of the self-regulatory organisation of auditors association "Sodruzhestvo" under Principal Registration Number of the Record 12006020338 in the Register of Auditors and Audit Organizations. AO PricewaterhouseCoopers Audit has its registered office at Butyrsky Val 10, 125047, Moscow, Russian Federation.

*Non-IFRS Financial Information.* These Listing Particulars include certain non-IFRS measures, such as Revenue LTM, Profit LTM, Covenant EBITDA, Covenant EBITDA LTM, Covenant EBITDA margin, Net Leverage, Total Debt, Net Debt and Total Capitalisaion. The Group's management believes that these non-IFRS measures are frequently used by securities analysts, investors and other interested parties in the evaluation of companies in the same industry. These measures have limitations as an analytical tool, and they should not be considered in isolation from, or as a substitute for, operating results, liquidity or discretionary cash or as alternatives to revenue, profit, cash flows from operating activities or any other measures of performance as reported under IFRS.

Covenant EBITDA, Covenant EBITDA LTM and Covenant EBITDA margin are measures of the Group's operating performance that are not required by, or prepared in accordance with, IFRS. Other companies in the Group's industry may define and calculate these measures differently from the way in which the Group does, limiting its usefulness as comparative measures. For a reconciliation of Covenant EBITDA to the Group's profit/loss for the six months ended 30 June 2020 and 2019, and for the years ended 31 December 2019, 2018 and 2017, see "*Selected Consolidated Financial and Other Information - Non-IFRS information and operating data*".

Covenant EBITDA is calculated using the formula and definitions stipulated in the 2022 Loan, as the sum of profit or loss for the period, plus the following: (a) interest expense including capitalised interest; (b) income tax expense; (c) depreciation and amortisation; and (d) all other non-cash charges (excluding any such non-cash charge to the extent that it represents an accrual of or reserve for cash expenditures in any future period) less all non-cash items of income (other than accruals of revenue and interest income in the ordinary course of business). Covenant EBITDA is referred to as "Consolidated EBITDA" in the Loan Agreement. The method of calculation and inputs used in the calculation of the Covenant EBITDA is defined in the 2022 Loan.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

It should be noted that the Group's multiple facility agreements have different definitions of El
with methods of calculation that produce different results.

Net Debt is defined as Total Debt less cash and cash equivalents. Total Debt represents long-term
borrowings, short-term borrowings and current portion of long-term borrowings, long- and short-term
bonds, long- and short-term lease obligations and other current financial liabilities. Net Debt is not an
IFRS measure and should not be considered as an alternative to other measures of leverage or financial
position. The Group's calculation of Net Debt may be different from the calculation used by other
companies and therefore comparability may be limited. The Group uses Net Debt to provide an
assessment of its overall indebtedness, because management believes it is a commonly used measure in
the investment analyst community. Net Debt allows the Group to show investors the trend in its net
financial condition over the periods presented. However, the use of Net Debt effectively assumes that
Total Debt (total long-term borrowings, short-term borrowings and current portion of long-term
borrowings, long- and short-term bonds, long- and short-term lease obligations and other current financial
liabilities) can be reduced by cash and cash equivalents. In fact, it is unlikely that the Group would use
all of its cash and cash equivalents to reduce its gross debt all at once, as cash and cash equivalents must
also be available to pay employees, suppliers and taxes, and to meet other operating needs and capital
expenditure requirements. Net Debt and its ratio to leverage is used to evaluate the Group's level of debt
and whether the Group achieves its business and financial targets. The Group's Management monitors
the Net Debt and leverage or similar measures as reported by other companies in Russia or abroad in
order to assess the Group's liquidity and financial structure relative to such companies. Management also
monitors the trends in its Net Debt and leverage in order to optimise the use of internally generated funds.

*Currencies.* The Company's functional and presentational currency is the Russian rouble. The Interim
Financial Statements, the Annual Financial Statements and the Group's financial information included
elsewhere in these Listing Particulars are, unless otherwise noted, presented in Russian roubles.

*Rounding.* Certain amounts that appear in these Listing Particulars have been subject to rounding
adjustments; accordingly, figures shown as totals in certain tables may not be an arithmetic aggregation
of the figures that precede them.

*Definitions.* Any reference to "pig iron" produced or sold by Tulachermet is in respect of production or
sale of merchant pig iron. Since Tulachermet is not a part of an integrated steel complex, it does not
produce pig iron that is not merchant pig iron. Therefore, the words "pig iron" and "merchant pig iron"
are used interchangeably in these Listing Particulars when referring to merchant pig iron produced or
sold by Tulachermet.

*Coke Production Data.* All coke production numbers in these Listing Particulars are calculated using
coke that has a moisture content of six per cent.

*Reserve information.* IMC Group Consulting Limited ("**IMC**"), an international mining consultant, last
produced a report (the "**Mineral Expert's Report**"), dated 7 January 2011 on the coal and iron ore assets
of the Company as of 30 September 2010, in accordance with the criteria for internationally recognised
reserve and resource categories of the "Australasian Code for Reporting Mineral Resources and Ore
Reserves" (2004) published by the Joint Ore Reserves Committee ("**JORC**") of the Australasian Institute
of Mining and Metallurgy, Australian Institute of Geoscientists and the Minerals Council of Australia
(the "**JORC Code**"). The Mineral Expert's Report was prepared at the Group's request. The data
contained in the Mineral Expert's Report have been included in these Listing Particulars in the form and
context in which it is included, with the consent of IMC. IMC's business address is: Icon Business
Centres, Lake View Drive, Sherwood Park, Nottingham, NG15 0DT, United Kingdom. IMC is a leading
international consultancy group which provides multidisciplinary engineering for mining projects at all
stages of development. IMC has been operating since 1947. IMC does not have a material interest in the
Issuer or the Group.

The Mineral Expert's Report has not been updated since 7 January 2011 and speaks only as of that date.
In preparing the Mineral Expert's Report, IMC independently assessed the coal assets of the Company by
reviewing pertinent data, including resources, reserves, manpower requirements, environmental issues
and the life-of-mine plans relating to productivity, production, operating costs, capital expenditures and
revenues. However, estimation of reserves is a subjective process of estimating underground
accumulations of coal and iron ore that cannot be measured in an exact manner. These estimates

necessarily depend upon a number of variable factors and assumptions, many of which are beyond Group's control. Due to the inherent uncertainties and the necessarily imprecise nature of r estimates, the reserves amounts disclosed in these Listing Particulars may have changed or will change as additional information becomes available and investors should not place undue reliance on the ability of the reserves estimates included in these Listing Particulars to predict actual reserves.

Except as a result of the production figures since 30 September 2010 disclosed in these Listing Particulars, to the best knowledge and belief of the Group, the Group's coal and iron ore reserves and resources have not materially decreased from the reserve and resource figures contained in the Mineral Expert's Report. See also "*Risk Factors –Estimates of the Group's Reserves and Resources Are Subject to Uncertainties*".

The Group prepares statutory reports on reserves based on the Russian regulatory standards and submits such reports to the Federal Agency for Subsoil Usage on an annual basis. The reports are based on the volumes of ore and coal extracted during the year and has estimates and classification of future reserves according to the Russian standards. The latest available information about reserves according to the statutory standards is available as of 31 December 2019. For details, see "*Business–Coal and Coke Divisions–Coal Mining*".

*Metals and Mining Information.* Industry data used in these Listing Particulars have been derived from the report prepared by Metals and Mining ("**MMI**") at the Company's request, an independent provider of market information including analysis for steel products and steelmaking raw materials industries. This information appears throughout these Listing Particulars including, without limitation, in the section headed "*Industry*", and is sourced in the text or in footnotes where it appears.

The Company has also cited the following governmental sources of market data: the Central Bank of Russia ("**CBR**") and the Federal State Statistics Service ("**Rosstat**"). Furthermore, the Company has cited the following other sources: Metal Expert; the International Pig Iron Association ("**International Pig Iron Association**"), an international association of producers, traders and other participants in the merchant pig iron industry focusing on the collection and dissemination of technical and other information regarding merchant pig iron; and Roskill ("**Roskill**"), an international metals and minerals research provider.

Some of the market data contained in this document have been derived from the official data of Russian government agencies, including the CBR and Rosstat. The official data published by Russian federal, regional and local governments are substantially less complete or researched than those of Western countries. See "*Risk Factors — Risks Relating to Russia — Incomplete, unreliable or inaccurate official data and statistics could create uncertainty*". Official statistics of Russian governmental agencies may also be produced on different bases than those used in Western countries. Any discussion of matters relating to Russia in these Listing Particulars are, therefore, subject to uncertainty due to concerns about the completeness or reliability of available official and public information. The veracity of some official data released by the Russian government may be questionable.

The Issuer, the Company and the Guarantors confirm that information derived from third-party sources, including that from IMC, CBR, Rosstat, MMI, Metal Expert, International Pig Iron Association and Roskill, has been accurately reproduced and that, as far as the Issuer, the Company, the Guarantors are aware and are able to ascertain from information published by these third parties, no facts have been omitted which would render the reproduced information inaccurate or misleading. The Issuer, the Company, the Guarantors note that neither these independent sources nor the Managers accept liability for the accuracy of any such information, and prospective investors are advised to consider such information with caution. The Issuer, the Company, the Guarantors have relied on the accuracy of this information without independent verification.

## CURRENCIES AND EXCHANGE RATES

In these Listing Particulars, references to "roubles" or "RUB" are to the currency of the Russian Federation, references to "U.S. dollars" or "U.S.$" are to the currency of the United States, and references to "EUR" is to the currency introduced at the start of the third stage of European economic and monetary union pursuant to the Treaty establishing the European Community, as amended.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

The following table below shows, for the periods indicated, certain information regarding the exchange rate between the rouble and the U.S. dollar, based on the official exchange rate quoted by the CBR. These rates may differ from the actual rates used in the preparation of the Interim Financial Statements or the Annual Financial Statements and other financial information appearing in these Listing Particulars.

| Year ended 31 December | Roubles per 1 U.S. dollar | | | |
| | High | Low | Period average | Period end |
|---|---|---|---|---|
| 2014 | 67.79 | 32.66 | 38.42 | 56.26 |
| 2015 | 72.88 | 49.18 | 60.96 | 72.88 |
| 2016 | 83.59 | 60.27 | 67.03 | 60.66 |
| 2017 | 60.75 | 55.85 | 58.35 | 57.60 |
| 2018 | 69.97 | 55.67 | 62.71 | 69.47 |
| 2019 | 67.19 | 61.72 | 64.74 | 61.91 |
| **Month** | | | | |
| January 2020 | 63.04 | 60.95 | 61.78 | 63.04 |
| February 2020 | 66.99 | 62.80 | 63.88 | 66.99 |
| March 2020 | 80.88 | 66.08 | 73.32 | 77.73 |
| April 2020 | 77.04 | 73.32 | 75.23 | 73.69 |
| May 2020 | 74.12 | 70.75 | 72.62 | 70.75 |
| June 2020 | 70.40 | 68.31 | 69.22 | 69.95 |
| July 2020 | 73.36 | 70.44 | 71.29 | 73.36 |
| August 2020 | 75.54 | 72.97 | 73.80 | 74.64 |
| September 2020 (through 18 September) | 76.07 | 73.58 | 75.01 | 75.19 |

*Source: CBR*

No representation is made that the rouble or U.S. dollar amounts referred to herein could have been or could be converted into roubles or U.S. dollars, as the case may be, at these rates, at any particular rate or at all. The exchange rate between the rouble and the U.S. dollar quoted by the CBR for 18 September 2020 was 75.19 rouble per 1 U.S. dollar.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

**TABLE OF CONTENTS**

OVERVIEW OF THE GROUP ....................................................................................... 1
OVERVIEW OF THE OFFERING ................................................................................. 3
OVERVIEW OF THE TRANSACTION AND THE SECURITY .................................. 10
RISK FACTORS ............................................................................................................ 13
USE OF PROCEEDS ..................................................................................................... 61
CAPITALISATION ........................................................................................................ 62
SELECTED CONSOLIDATED FINANCIAL AND OPERATIONAL INFORMATION .......... 64
OPERATING AND FINANCIAL REVIEW .................................................................. 69
DESCRIPTION OF MATERIAL INDEBTEDNESS ................................................... 103
INDUSTRY .................................................................................................................. 107
BUSINESS ................................................................................................................... 135
DIRECTORS, MANAGEMENT AND CORPORATE GOVERNANCE OF THE
COMPANY ................................................................................................................... 179
PRINCIPAL SHAREHOLDERS ................................................................................. 187
TRANSACTIONS WITH RELATED PARTIES ........................................................ 188
CERTAIN REGULATORY MATTERS ...................................................................... 191
THE ISSUER ............................................................................................................... 202
THE INITIAL GUARANTORS ................................................................................... 204
THE LOAN AGREEMENT ......................................................................................... 206
TERMS AND CONDITIONS OF THE NOTES ......................................................... 274
SUMMARY OF THE PROVISIONS RELATING TO THE NOTES IN GLOBAL FORM ..... 294
TRANSFER RESTRICTIONS ..................................................................................... 297
CLEARING AND SETTLEMENT .............................................................................. 302
SUBSCRIPTION AND SALE ...................................................................................... 306
TAXATION .................................................................................................................. 310
ERISA CONSIDERATIONS ........................................................................................ 320
LEGAL MATTERS ...................................................................................................... 321
GENERAL INFORMATION ....................................................................................... 322
GLOSSARY .................................................................................................................. 325
INDEX TO CONSOLIDATED FINANCIAL STATEMENTS ................................... F-1

Homburger AG
Hardstrasse 201
CH-8005 Zürich

## OVERVIEW OF THE GROUP

*This overview highlights certain information concerning the business of the Group. It does not contain all information that may be important to an investor or an investment decision. This overview should be carefully read in conjunction with, and is qualified in its entirety by reference to, the more detailed information in these Listing Particulars, including the financial data and related notes. Investors should also consider the matters set forth in "Risk Factors" before deciding to invest in the Notes. Certain statements in these Listing Particulars include forward-looking statements which also involve risk and uncertainties as described under "Cautionary Note Regarding Forward-Looking Statement."*

The Group is a vertically integrated business operating in the metallurgical supply and production chain with a focus on producing pig iron and coke. The Group was one of the largest exporters of merchant pig iron in the world with a 13 per cent. share of global exports of merchant pig iron in 2019 (Source: MMI). It was also Russia's largest standalone supplier of merchant coke[1] and exporter of coke in 2019, with 28 per cent. market share (Source: MMI).

The Group's three principal divisions are the ore and pig iron division, the coal division and the coke division. Collectively, these three divisions accounted for 97.2 per cent. of the Group's external revenue in the six months ended 30 June 2020. The Group's remaining external revenue principally derives from the operations of its powder metallurgy division (Polema).

The Group produced 2.4 million tonnes of pig iron in 2019. Tulachermet's merchant pig iron output is sold to steel mills and foundries, with the majority of pig iron (67 per cent. by volume in 2019) sold outside Russia, principally in the United States, European Union, Turkey and the Middle East and South-Eastern Asia.[2]

The Group produced 2.6 million tonnes of coke in 2019. Metallurgical coke is one of the key raw materials used in the production of pig iron. A large proportion of coke from the Group's Kemerovo Coking Plant is used in the production of pig iron at Tulachermet. The rest of the Group's coke is exported, principally to Ukraine, Denmark and Singapore or sold in Russia. As measured by the volume of coke produced, the Group was the fifth largest producer in the CIS in 2019 (Source: Metal Expert). Pig iron and coke are the Group's principal external sales products, which collectively accounted for 86.1 per cent. of its sales revenue in 2019.

In addition to metallurgical coke, the other key input in the pig iron production process is iron ore concentrate. To lower its dependence on external raw materials suppliers, the Group produces iron ore concentrate through its wholly-owned subsidiary JSC Kombinat KMAruda. The Group extracted 4.8 million tonnes of iron ore and produced 2.1 million tonnes of iron ore concentrate in 2019. The Group used all of the iron ore extracted at its Gubkin mine in the Belgorod region to produce iron ore concentrate at its processing plant at the mine. All of this iron ore concentrate is then transported to Tulachermet, the Group's pig iron production facility in Tula, and agglomerated into sinter that is used to produce various grades of merchant pig iron, such as basic steelmaking, foundry, semi-nodular and nodular grades.

In 2019, the Group operated two underground and one open-pit coking coal mine in the Kemerovo region, from which it extracted 2,302 thousand tonnes of coking coal in 2019. The Tikhova Mine commenced its operations in July 2017. In 2014, the Group acquired a licence for the exploration

---

[1] Total sales of merchant coke and coking products were calculated as the sum of sales of coke to third parties in Russia and export sales of coke.

[2] Tulachermet's pig iron is sold outside Russia directly or through the Swiss trader Lafonte. See "Business—Operations—Ore and Pig Iron Division—Tulachermet—Products and Sales".

Homburger AG
Hardstrasse 201
CH-8005 Zürich

and extraction of coking coal at Uchastok Koksovyi Glubokiy open-pit mine, which is adjacent to the Group's operating Uchastok Koksovyi open-pit mine. The Butovskaya Mine produces coking coal of grades K, KO and KCM in the Chesnokovskiy district of the Kemerovo coal deposit. Uchastok Koksovyi, the Tikhova Mine and the Butovskaya Mine are managed by IMH Coal, a Kemerovo branch of Managing Company IMH.

The Group's reserves and resources of iron ore attributable to JSC Kombinat KMAruda and coking coal attributable to the Tikhova Mine, Uchastok Koksovyi and the Butovskaya Mine, measured as of 30 September 2010 according to the JORC Code, consisted of coking coal proved and probable reserves of 94.2 million tonnes, coking coal measured and indicated resources of 265.3 million tonnes, iron ore proved and probable reserves of 284.7 million tonnes and iron ore measured and indicated resources of 698.1 million tonnes. These reserves and resources underpin the Group's ongoing strategy to significantly increase its self-sufficiency in coking coal and iron ore over time.

In addition to the ore and pig iron division, the coke division and the coal division, the Group also has a smaller powder metallurgy division represented by the Company's wholly-owned subsidiary Polema that is located on the site of the Tulachermet plant. Polema was the leading producer of refined electrolytic chromium metal in the world in 2019 (Source: Roskill data) and is one of the leading powder metallurgy companies in Russia (as measured by the output of production based on chromium powder).

The Group has a strong relationship with its customers and a balanced customer base. Significant customers of the Group include leading Russian steel manufacturers and international commodity traders capable of purchasing substantial amounts of the Group's products.

As a leader in the merchant pig iron industry, the Group operates in a highly liquid market and is capable of promptly reallocating its exports geographically in a volatile environment.

In the six months ended 30 June 2020 and in the year ended 31 December 2019, the Group had total revenue of 40,131 million roubles and 86,764 million roubles, respectively, Covenant EBITDA of 9,958 million roubles and 16,358 million roubles, respectively. In the six months ended 30 June 2020 and in the year ended 31 December 2019, the Group's Covenant EBITDA margin was 24.8 per cent. and 18.9 per cent., respectively.

*The Group may not be able to complete major projects*

Capital expenditure programmes are subject to a variety of potential problems and uncertainties, including incompletion, cost overruns and defects in design or construction, which may require additional investments, as well as changes in economic conditions, which may also affect the economic viability of such capital expenditures. In addition, the Group relies on third-party contractors for the implementation of its capital expenditure programme and construction projects, which include, among other things, the reconstruction of blast furnace No. 1 at Tulachermet, further construction of the Tikhova Mine and development of the second mining level at the Gubkina mine. If these third-party contractors cease their operations for any reason, the Group could incur higher costs and expenses and experience construction delays.

There can be no assurance that that the Group's capital expenditure programme will be completed on schedule or that expected operational improvements will be fully realised as currently envisioned. Failure to complete the Group's capital expenditure projects would result in decreased efficiency of the Group's operations as well as declines in production capacity, which could have a material adverse effect on the Group's business, results of operations, financial condition and prospects.

*The markets in which the Group operates are competitive, particularly in times of lower demand for the Group's products*

The markets for coke and merchant pig iron are highly competitive. The Group primarily competes on the basis of brand recognition, price, volume, quality, technical innovation and the ability to meet customers' product specifications and delivery schedules. The Group principally faces competition in the coke market from other Russian producers in the Russian domestic market and from certain Russian producers and Chinese producers in Asian markets. In addition, the Group principally faces competition in the merchant pig iron market from Brazilian and Russian producers. If market conditions for the steel industry deteriorate, there is a possibility that at least some large integrated steel producers may try to sell their own internally produced pig iron instead of using it to produce steel, which could significantly increase the supply of merchant pig iron in certain markets and further depress market prices. See also "—*Developments relating to the outbreak of COVID-19 may have a material adverse impact on the Group's operations*".

Increased competition from other producers of pig iron could result in significant downward pressure on prices for merchant pig iron. In addition, the Group's competitors may have greater capital resources than the Group and, in some cases, lower raw materials costs. Competitors may also have competitive advantages in terms of geographical location, access to key suppliers and transport routes. There can be no assurance that the Group will be able to compete effectively in the future, which could have a material adverse effect on the Group's business, results of operations, financial condition and prospects.

*The Group depends on a relatively limited number of large customers*

A substantial part of the Group's merchant pig iron exports are exported via Lafonte, a related party. In the six months ended 30 June 2020 and the year ended 31 December 2019, Lafonte exported 72.9 per cent. and 71.8 per cent., respectively, of the Group's merchant pig iron export sales. In the six months ended 30 June 2020 and in the year ended 31 December 2019, Lafonte's ten largest pig iron customers accounted for approximately 91 per cent. and 93 per cent. of Lafonte's sales, respectively. Lafonte's two largest customers are the trader companies Consolidated Mill Supply and Aveks (Suisse) S.A. which accounted for approximately 50 per cent. and 11 per cent., respectively, of Lafonte's pig iron sales in 2019. In the six months ended 30 June 2020, sales to Aveks (Suisse) S.A., comprised 10 per cent. of Lafonte's sales, while no sales were made to Consolidated Mill Supply.

Since the second quarter of 2019, Tula-Steel, a related party to the Group, became one of the Group's key customers. In the six months ended 30 June 2020 and in the year ended 31 December 2019, the

Homburger AG
Hardstrasse 201
CH-8005 Zürich

Group sold 673 thousand tonnes and 511 thousand tonnes of pig iron which constituted 57.5 per cent. and 21.8 per cent. of the Group's volume of sold merchant pig iron in the respective periods. As such, the financial stability of Tula-Steel and its ability to purchase merchant pig iron from the Group may have a material effect on the Group's revenue and profitability. For details, please see "*Transactions with Related Parties*".

The Group generally does not enter into long-term contracts with its customers, which allows it to maintain flexibility in respect of product sales and to take advantage of market opportunities to increase profitability. The Group may experience a decrease in revenue and incur additional expenses associated with storage of unsold products if one or more of the Group's large customers stops purchasing the Group's products on short notice and the Group is subsequently unable to sell its unsold products to a substitute purchaser.

A significant proportion (approximately 10 per cent. in 2019) of the Group's customer base consists of steel producers that use Tulachermet's pig iron in their steel production processes. In addition, commodities traders that resell the Group's products to steel producers form a substantial proportion of the Group's customer base (approximately 90 per cent. in 2019). If the steel industry experiences a decline in demand for steel due to a prolonged outbreak of COVID-19, adverse economic conditions due to other causes, an increase in the popularity of steel substitute materials or other reasons, and demand for the pig iron used in the steel industry decreases, this could have a material adverse effect on the Group's business, results of operations, financial condition and prospects.

Furthermore, the Group's ability to collect payments for products sold and delivered depends on the robustness of the Group's credit risk management policies and the creditworthiness of the Group's customers. If the Group is unable to collect payments from its customers, this could have a material adverse effect on the Group's business, results of operations, financial condition and prospects.

### *Russia may enact stricter environmental laws and regulations or more strictly enforce existing environmental laws and regulations*

The Group is subject to extensive environmental controls and regulations. Its operations involve the use of environmentally hazardous materials as well as processes that could lead to the discharge of materials and contaminants into the environment, disturbance of land, potential harm to flora and fauna and other environmental concerns. In addition, environmental hazards may exist on the Group's properties or may be encountered when its products are in transit. Environmental laws and regulations are continually changing and are generally becoming more restrictive. New laws and regulations, the imposition of more stringent requirements for licencing, increasingly strict enforcement or new interpretations of existing environmental laws, regulations or licences or the discovery of previously unknown contamination, may require further expenditures to modify operations, install pollution control equipment or perform site clean-ups; the curtailment or stoppage of operations; or the payment of fees, fines and other penalties. Any failure by the Group to comply with existing or future environmental requirements could result in fines, assessments, or other liabilities or costs that could have a material adverse effect on the Group's business, results of operations, financial condition and prospects.

The Group's mines and plants are currently subject to statutory limits on air emissions and the discharge of liquids and other substances. Russian authorities may permit, in accordance with the relevant Russian laws and regulations, a particular facility to exceed these statutory limits, provided that the Group develops a plan to reduce emissions or discharge and pays a fee based on the amount of contaminants released in excess of the limits. Fees are assessed on a sliding scale: the lowest fees are imposed for pollution within the statutory limits, intermediate fees are imposed for pollution within individually approved limits and the highest fees are imposed for pollution exceeding such limits. It is within the discretion of the Russian authorities to allow pollution in excess of statutory limits, and any request for such increase in permitted limits may be denied. Any increase in fees or a determination that the limits may not be exceeded could have a material adverse effect on the

ore concentrate through its wholly-owned subsidiary JSC Kombinat KMAruda. The Group extracted 4.8 million tonnes of iron ore and produced 2.1 million tonnes of iron ore concentrate in 2019. The Group used all of the iron ore extracted at its Gubkin mine in the Belgorod region to produce iron ore concentrate at its processing plant at the mine. All of this iron ore concentrate is then transported to Tulachermet, the Group's pig iron production facility in Tula, and agglomerated into sinter that is used to produce various grades of merchant pig iron, such as basic steelmaking, foundry, semi-nodular and nodular grades.

In 2019, the Group operated two underground and one open-pit coking coal mine in the Kemerovo region, from which it extracted 2,302 thousand tonnes of coking coal in 2019. Tikhova Mine commenced its operations in July 2017. In 2014, the Group acquired a licence for the exploration and extraction of coking coal at Uchastok Koksovyi Glubokiy open-pit mine, which is adjacent to the Group's operating Uchastok Koksovyi open-pit mine. The Butovskaya Mine produces coking coal of grades K, KO and KCM in the Chesnokovskiy district of the Kemerovo coal deposit. Uchastok Koksovyi, the Tikhova Mine and the Butovskaya Mine are managed by IMH Coal, a Kemerovo branch of Managing Company IMH.

The Group's reserves and resources of iron ore attributable to JSC Kombinat KMAruda and coking coal attributable to the Tikhova Mine, Uchastok Koksovyi and the Butovskaya Mine, measured as of 30 September 2010 according to the JORC Code, consisted of coking coal proved and probable reserves of 94.2 million tonnes, coking coal measured and indicated resources of 265.3 million tonnes, iron ore proved and probable reserves of 284.7 million tonnes and iron ore measured and indicated resources of 698.1 million tonnes. These reserves and resources underpin the Group's ongoing strategy to significantly increase its self-sufficiency in coking coal and iron ore over time.

In addition to the ore and pig iron division, the coke division and the coal division, the Group also has a smaller powder metallurgy division represented by the Company's wholly-owned subsidiary Polema that is located on the site of the Tulachermet plant. Polema was the leading producer of refined electrolytic chromium metal in the world in 2019 (Source: Roskill data) and is one of the leading powder metallurgy companies in Russia (as measured by the output of production based on chromium powder).

The Group has a strong relationship with its customers and a balanced customer base. Significant customers of the Group include leading Russian steel manufacturers and international commodity traders capable of purchasing substantial amounts of the Group's products.

As a leader in the merchant pig iron industry, the Group operates in a highly liquid market and is capable of promptly reallocating its exports geographically in a volatile environment.

In the six months ended 30 June 2020 and in the year ended 31 December 2019, the Group had total revenue of 40,131 million roubles and 86,764 million roubles, respectively, Covenant EBITDA of 9,958 million roubles and 16,358 million roubles, respectively. In the six months ended 30 June 2020 and in the year ended 31 December 2019, the Group's Covenant EBITDA margin was 24.8 per cent. and 18.9 per cent., respectively.

**Segment Information**

The Group has five reporting segments, four of which correspond to the Group's four operating divisions:

- The results of operations of the coal division are reflected in the results of operations of the "Coal" segment, which is principally involved in the extraction of coal.

- The results of operations of the coke division are reflected in the results of operations of the "Coke" segment.

Homburger AG
Hardstrasse 201
CH-8005 Zürich

- The results of operations of the ore and pig iron division, which is principally involved in the extraction of iron ore, its processing into iron ore concentrate and the production of various types of pig iron and cast iron wares, are reflected in the results of operations of the "Ore and Pig Iron" segment.

- The results of operations related to manufacturing and sale of powder metallurgy products are recorded in "Polema" segment.

- The results of operations related to the Group's subsidiaries LLC Management Company IMH, LLC Consultinvest 2000, LLC BKF Gorizont and acquisition of LLC Gorny Otdikh are recorded in "Unallocated".

The Group's export operations are carried out through a trader Lafonte Commence SA.

For a discussion of the Group's operating divisions, see "*Business section*".

**Significant Factors Affecting Results of Operations**

*Fluctuations in the Exchange Rate of the Rouble against the U.S. Dollar*

The U.S. dollar is the principal currency in which the Group's sales outside Russia are denominated, and the Group's exports accounted for 32.5 per cent., 58.4 per cent., 70.3 per cent., and 63.9 per cent. of the Group's total revenue in the six months ended 30 June 2020 and in the years ended 31 December 2019, 2018, and 2017, respectively. In contrast, almost all purchases of raw materials and supplies for the production of the Group's products are denominated in roubles, and almost all wages and salaries of the Group's employees are paid in roubles. In addition, most of the production equipment purchased by the Group is purchased in roubles.

In the periods under review, the exchange rate of the rouble against the U.S. dollar has been volatile, falling to 80.88 roubles per U.S. dollar on 24 March 2020 and reaching 55.67 roubles per U.S. dollar on 28 February 2018. See "*Currencies and Exchange Rates*".

The Group does not hedge its foreign currency exchange rate exposure. Accordingly, fluctuations in the exchange rate of the rouble against the U.S. dollar can have a significant effect on the Group's revenue and profitability. The depreciation of the rouble against the U.S. dollar tends to increase the Group's revenue because stable U.S. dollar prices for the Group's products translate into higher revenue in roubles. The appreciation of the rouble against the U.S. dollar has the opposite effect on the Group's revenue.

In general, the depreciation of the rouble against the U.S. dollar improves the Group's operating profit because a substantial part of its revenue is earned in U.S. dollars, whereas most of its costs are incurred in roubles. The appreciation of the rouble against the U.S. dollar has the opposite effect on the Group's operating profit.

At the same time, the depreciation of the rouble against the U.S. dollar results in higher interest expense on the Group's U.S. dollar denominated borrowings (in rouble terms) and in losses from translation of U.S. dollar-denominated monetary liabilities into roubles at the end of each reporting year. The appreciation of the rouble against the U.S. dollar has the opposite effect on these line items in the Group's consolidated statement of profit or loss and other comprehensive income. Depreciation of the rouble also increases the Group's Net Debt, as a substantial portion of the Group's debt is denominated in U.S. dollar (such as 2022 Notes). If prices for the Group's key exporting commodities are stable or decline, the Group's Net Debt to Covenant EBITDA may deteriorate.

The overall impact of fluctuations in the exchange rate of the rouble against the U.S. dollar principally depends on the proportion of the Group's export sales to its total sales and on the outstanding amount of the Group's U.S. dollar-denominated borrowings, as well as on the magnitude