# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

LaFonte Commerce SA

                              Plaintiff,

v.                                                   Case No.: 1:22–cv–02695
                                                            Honorable Thomas M. Durkin

Consolidated Mill Supply, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 1, 2022:

        MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule on Respondent Consolidated Mill Supply, Inc.'s Motion to Dismiss/Opposition to Petitioner Lafonte Commerce SA's Petition to Recognize and Enforce Foreign Arbitration Award and, Alternatively, In Support of Motion to Stay This Civil Action [25]: Petitioner is to file its response to the Opposition on or before 8/5/2022; and Respondent is to file its reply in support of the Opposition by 8/26/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.